IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LAUREN WHITE, Individually, and on behalf of those similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ALL SECURE, LLC, a Tennessee limited liability company,<br><br>  Defendant. | No. 2:22-cv-02501-TLP-cgc<br><br>JURY DEMAND |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint, filed on August 8, 2022. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 37), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

November 20, 2023
Date